No. 676. American Can Co. v. Bowers, Collector of Internal Revenue;

No. 677. Missouri Can Co. v. Same;

No. 678. American Can Co. v. Same; and

No. 679. SAME v. SAME. March 17, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Graham Sumner* for petitioners. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, Sewall Key,* and *J. Louis Monarch* for respondent.